IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GREGORY C. REISING, | ) | 4:09CV3129 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| NEBRASKA DEPARTMENT OF | ) | |
| CORRECTIONAL SERVICES, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on Petitioner's Motion for Discovery (filing no. 16) and Miscellaneous Filing (filing no. 18), and Respondent's Objection to Motion for Miscellaneous Relief (filing no. 19). In Filing Number 16, Petitioner seeks the production of various pages from his presentence investigation report. In Filing Number 18, Petitioner seeks the production of various briefs and documents filed in state court.

According to the progression order entered by this court on September 3, 2009, Respondent has until October 18, 2009, to file all state court records that are relevant to Petitioner's cognizable claims. (*See* filing no. 20 at CM/ECF pp. 4-7.) Thus, Petitioner's requests for additional documents are premature and will be denied without prejudice to reassertion. Accordingly, Respondent's Objection to Motion for Miscellaneous Relief is also denied.

IT IS THEREFORE ORDERED that:

1. Petitioner's Motion for Discovery (filing no. 16) is denied.

2. Respondent's Objection to Motion for Miscellaneous Relief (filing no. 19) is denied.

October 6, 2009.  BY THE COURT:

*Richard G. Kopf*
United States District Judge

---

    *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.