IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| GREGORY C. REISING, | ) | 4:09CV3129 |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| NEBRASKA DEPARTMENT OF | ) | |
| CORRECTIONAL SERVICES, | ) | |
| | ) | |
| Respondent. | ) | |

     This matter is before the court on Petitioner's Motion for Reconsideration. (Filing No. 51.) In this Motion, Petitioner seeks reconsideration of the court's November 24, 2009, Memorandum and Order that addressed numerous motions filed by Petitioner. (Filing No. 49.) The court has carefully reviewed the record and finds no good cause to reconsider its previous Memorandum and Order. The parties shall proceed as directed in the court's previous Memorandum and Order. (*Id.*)

     IT IS THEREFORE ORDERED that: Petitioner's Motion for Reconsideration (filing no. 51) is denied.

December 1, 2009.                   BY THE COURT:

                                            *Richard G. Kopf*
                                         United States District Judge